JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IV SOLUTIONS, INC., a California corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>TAKECARE INSURANCE COMPANY, INC., a Guam corporation; and DOES 1 through 25, inclusive,<br><br>          Defendant. | Case No. CV13-04592-JFW (MANx)<br><br>**JUDGMENT**<br><br>Date:    N/A<br>Time:   N/A<br>Judge:  Hon. John F. Walter<br>Courtroom: 16<br><br>Complaint Filed: April 9, 2013<br>Discovery Cutoff: January 3, 2014<br>Pretrial Conference: February 7, 2014<br>Trial Date: February 18, 2014 |

On December 16, 2013, Defendant TakeCare Insurance Company, Inc. ("Defendant" or "TakeCare") filed a Motion for Summary Judgment or in the Alternative, Partial Summary Judgment (the "TakeCare Motion"). On December 16, 2013, Plaintiff IV Solutions, Inc. ("Plaintiff" or "IV Solutions") filed a Motion for Summary Judgment or Partial Summary Judgment (the "IV Solutions Motion").

///

///

///

| | |
|---|---|
| 1 | The Court, having GRANTED the TakeCare Motion, and DENIED the IV |
| 2 | Solutions Motion, for the reasons set forth in the Court's Order dated January 8, |
| 3 | 2014 (Docket No. 81), hereby **ORDERS, ADJUDGES AND DECREES THAT**: |
| 4 | 1.  Judgment shall be entered in favor of Defendant and against Plaintiff; |
| 5 | 2.  Plaintiff shall take nothing by this action; |
| 6 | 3.  The Court dismisses the above-captioned action with prejudice; and |
| 7 | 4.  Defendant shall recover its costs. |
| 8 | **IT IS SO ORDERED**. |

Dated: January 13, 2014

_____
Hon. John F. Walter
United States District Judge

Approved as to form:

CROWELL & MORING LLP

By: /s/ *Jennifer S. Romano*
   Jennifer S. Romano
   Nathanial J. Wood
   Leandro F. Delgado
   Attorneys for Defendant
   TakeCare Insurance, Inc.

MICHELMAN & ROBINSON, LLP

By: /s/ *Andrew H. Selesnick*
   Andrew H. Selesnick
   Kevin R. Warren
   Kelly M. Hagemann
   Attorneys for Plaintiff
   IV Solutions, Inc.